UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMICHELLE BEATRICE GOULD,<br>Defendant. | 3:26-mj-00095-CLB<br>**Order Granting Motion to Unseal Legal Process** |

Based upon Motion of the government, and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery and shared with state prosecutors to enable a joint resolution of all pending charges. Thus, the Court orders the process filed under 3:26-mj-00095-CLB be unsealed.

IT IS SO ORDERED:

HONORABLE CARLA L. BALDWIN
MAGISTRATE JUDGE

DATED: November 12, 2026.